In the Matter of the Petition of DANIEL FRIEDMAN to Compel FERDINAND L. LOEB, as Executor and Trustee, etc., of EUGENE LOEB, Deceased, to Render and Settle His Accounts as Such Executor and Trustee. DANIEL FRIEDMAN, Appellant; FERDINAND L. LOEB, Executor and Trustee, Respondent; FRIEDA DOUTY and Others, Legatees, Respondents.— Order of Surrogate's Court, New York county, denying petitioner's motion to compel the executor and trustee under the last will and testament of Eugene Loeb, deceased, to settle his account, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Dore, JJ.

ORMSBY N. ADAMS, Respondent, v. BORDEN'S MILK PRODUCTS COMPANY, INC., Appellant.— Order denying defendant's motion for judgment dismissing the amended complaint upon the ground that it does not state facts sufficient to constitute a cause of action unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within ten days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Dore, JJ.

In the Matter of EUST CIZEK, Deceased. LOUISE CIZEK and BERTHA LERCARA, Appellants; JAMES F. EGAN, Public Administrator, Respondent.— Appeal from a decree of the Surrogate's Court, New York county, revoking the letters of administration heretofore issued to Louise Cizek and Bertha Lercara on the above-named decedent's estate and granting letters of administration to the public administrator of the county of New York. Decree unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Dore, JJ.

PHILIP WIENER and Another, Appellants, v. FRIEDA BLOOM, Also Known as FRIEDA MOSS, Respondent.— Order granting defendant's motion to dismiss complaint on the ground that it appears on the face thereof that plaintiffs have an adequate remedy at law reversed, with twenty dollars costs and disbursements, and the motion denied, with ten dollars costs, with leave to the defendant to answer within twenty days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.; O'Malley and Cohn, JJ., dissent.

THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent, v. CONCORD CONSTRUCTION COMPANY and Others, Appellants.— Action for alleged breach of contract. Judgment entered on verdict in favor of plaintiff unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.

LESTER C. SCOTT, as Administrator de Bonis Non, etc., of STEWART G. B. GOURLEY, Deceased, Respondent, v. AMERICAN SURETY COMPANY OF NEW YORK, Appellant. — Order granting plaintiff's motion to strike out all of the defenses and certain other parts of the answer unanimously modified by denying the motion to strike out the second defense, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.